ANDREW HAWLEY, OSB No. 09113
Northwest Environmental Defense Center
10015 SW Terwilliger Blvd
Portland, OR 97219
(503) 768-6673
(503) 768-6671 (fax)
hawleya@nedc.org

ALLISON LAPLANTE, OSB No. 02361
laplante@lclark.edu
TOM BUCHELE, OSB No. 081560
tbuchele@lclark.edu
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894 (LaPlante)
(503) 768-6736 (Buchele)
(503) 768-6642 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER,**<br><br>            Plaintiff,<br><br>    v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL MARINE FISHERIES SERVICE,**<br><br>            Defendants. | Case No. 3:10-cv-01129-AC<br><br>JOINT STATUS REPORT |

On March 27, 2013, the Court issued an Opinion and Order in the above captioned case, granting in part and denying in part the Plaintiff's Motion for Summary Judgment, and granting in part and denying in part the Defendants' Cross Motion for Summary Judgment. Dkt. No. 121. The Court ordered the parties to confer on the remedies as a result of that Opinion and Order and to submit a joint status report by April 12, 2013.

The parties, through counsel, have conferred regarding the appropriate remedies in this matter. This conversation is ongoing and the parties need additional time to reach an agreement and obtain internal approval to provide the Court with a joint proposal on a remedy. As a result, the parties propose that they report back to the Court by no later than April 26, 2013, with a joint filing on proposed remedies, a status report on the progress made to that end, or, in the event the parties determine they cannot reach a final agreement, a proposed briefing schedule on this issue of remedies.

DATED: April 12, 2013				Respectfully submitted,

*/s/ Andrew Hawley*
ANDREW HAWLEY, OSB No. 09113
Northwest Environmental Defense Center
10015 SW Terwilliger Blvd
Portland, OR 97219
(503) 768-6673
(503) 768-6671 (fax)
hawleya@nedc.org

ALLISON LAPLANTE, OSB No. 02361
laplante@lclark.edu
TOM BUCHELE, OSB No. 081560
tbuchele@lclark.edu
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894 (LaPlante)

(503) 768-6736 (Buchele)
(503) 768-6642 (fax)

Attorneys for Plaintiff