UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER,** | Case No. 3:10-cv-01129-AC |
| Plaintiff, | **JOINT MOTION FOR ENTRY OF ORDER ON REMEDIES** |
| v. | |
| **UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL MARINE FISHERIES SERVICE,** | |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Northwest Environmental Defense Center ("NEDC") and Defendants United States Army Corps of Engineers ("Corps") and National Marine Fisheries Service's ("NMFS") have conferred through counsel and reached agreement regarding the subject matter of this motion. For the reasons set forth in the accompanying Memorandum in Support, the parties jointly move the Court to grant this motion and enter the parties' proposed Order on Remedy, also submitted herewith.

///

///

///

Dated this 26th day of April, 2013.

                                                              Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Hawley* | */s/ Coby Howell* |
| ANDREW HAWLEY, OSB No. 09113 | IGNACIA S. MORENO |
| Northwest Environmental Defense Center | Assistant Attorney General |
| 10015 SW Terwilliger Blvd | SETH M. BARSKY |
| Portland, OR 97219 | Section Chief |
| (503) 768-6673 | COBY HOWELL |
| (503) 768-6671 (fax) | U.S. Department of Justice |
| hawleya@nedc.org | Environment & Natural Resources Division |
| | Wildlife & Marine Resources Section |
| ALLISON LAPLANTE, OSB No. 02361 | c/o U.S. Attorney's Office |
| laplante@lclark.edu | 1000 SW Third Avenue |
| TOM BUCHELE, OSB No. 081560 | Portland, OR 97204-2902 |
| tbuchele@lclark.edu | (503) 727-1000 |
| Pacific Environmental Advocacy Center | (503) 727-1117 (fx) |
| 10015 SW Terwilliger Blvd. | coby.howell@usdoj.gov |
| Portland, OR 97219 | |
| (503) 768-6894 (LaPlante) | AUSTIN D. SAYLOR |
| (503) 768-6736 (Buchele) | KENNETH D. ROONEY |
| (503) 768-6642 (fax) | United States Department of Justice |
| | Environment and Natural Resources Division |
| Attorneys for Plaintiff | 601 D Street, NW, Suite 8000 |
| | Washington, D.C. 20004 |
| | (202) 514-1880 (Saylor) |
| | (202) 514-9269 (Rooney) |
| | Fax: (202) 514-8865 |
| | austin.saylor@usdoj.gov |
| | kenneth.rooney@usdoj.gov |
| | |
| | Attorneys for Federal Defendants |