UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>                      Plaintiff,<br><br>       v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL MARINE FISHERIES SERVICE,<br><br>                      Defendants. | Case No. 3:10-cv-01129-AC<br><br>**ORDER ON REMEDY** |

ACOSTA, Magistrate Judge:

On March 27, 2013, this Court issued an Opinion and Order in the above-captioned case, granting in part and denying in part Plaintiff Northwest Environmental Defense Center's Motion for Summary Judgment, and granting in part and denying in part Defendants United States Army Corps of Engineers' and National Marine Fisheries Service's ("NMFS") Cross Motion for Summary Judgment. Dkt. No. 121. Upon consideration of the parties' Joint Motion on Remedies and accompanying Memorandum in Support (Dkt. Nos. 124, 125) and for the reasons set forth in the Court's March 27, 2013 Opinion and Order, it is ORDERED that the Chetco River Regional General Permit and NMFS 2012 Biological Opinion and accompanying Incidental Take Statement are hereby VACATED and REMANDED to the Defendants.

///

///

ORDER ON REMEDY                                                                                                    1

IT IS SO ORDERED.

DATED this 30th day of April, 2013.

_____
John V. Acosta
United States Magistrate Judge