UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　　　Defendants. | Case No. 3:10-cv-01129-AC<br><br>**JUDGMENT** |

ACOSTA, Magistrate Judge:

　　JUDGMENT is hereby entered for Plaintiff in part and Federal Defendants in part, consistent with this Court's Opinion and Order (Docket No. 121) on the parties' cross motions for summary judgment. It is further ADJUDGED that the Chetco Regional General Permit and National Marine Fisheries Service 2012 Biological Opinion and accompanying Incidental Take Statement are VACATED and REMANDED to Federal Defendants, consistent with this Court's Order on Remedy (Docket No. 126).

　　Dated this 18th day of July, 2013.

　　　　　　　　　　　　　　　　　　　John V. Acosta
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge